UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CIV-62262-BLOOM/Valle

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, a/s/o
Coex Coffee International, and
COEX COFFEE INTERNATIONAL,

    Plaintiffs,

vs.

ALL AMERICAN FREIGHT, INC.,
HARTLEY FREIGHT LINES, LLC, and
HARTLEY TRANSPORTATION, LLC.,

    Defendants.
_____/

## VERDICT FORM

We the Jury find as follows:

**Plaintiffs' Claim against Hartley Transportation, LLC – Carmack Amendment**

1. As to Plaintiffs' claim against Hartley Transportation, LLC ("Hartley") under the Carmack Amendment, we the Jury find that Hartley Transportation was a "carrier" of the Cargo.

   _____ Yes          _____ No

   If you answered "Yes" above, please answer question 2.  If you answered "No" above, please skip questions 2 and 3 and answer question 4.

2. Was the Cargo delivered to Hartley (by and through AAF) in good order and condition?

   _____ Yes          _____ No

   If you answered "Yes" above, please answer question 3.  If you answered "No" above, please skip question 3 and answer question 4.

3. Was the Cargo delivered?

   _____ Yes          _____ No

**Plaintiffs' Negligence Claim against Hartley Transportation, LLC**

4. Did Hartley fail to follow Coex's instructions "TO TAKE [the Cargo] DIRECTLY TO [] WAREHOUSE IN HOUSTON BY HARTLEY FOR THE ACCT OF COEX"?

    _____ Yes            _____ No

    If you answered "yes" to question 4, please answer question 5. If you answered "no" above, please skip to question 8.

5. Did Hartley's failure to follow Coex's instructions create a "foreseeable zone of risk?"

    _____ Yes            _____ No

    If you answered "no" above, please skip to question 8.

6. Did Hartley fail to lessen the foreseeable risk by failing to instruct AAF to take the cargo "directly" to Coex's customer warehouse.

    _____ Yes            _____ No

    If you answered "no" above, please skip to question 8.

7. Was Hartley's failure to exercise due care in not instructing AAF to take the cargo "directly" to Coex's customer warehouse the direct and proximate cause of Plaintiffs' damages?

    _____ Yes            _____ No

8. What is the amount of damages, if any, Plaintiffs sustained as a result of Hartley's actions as a carrier under the Carmack Amendment or negligence as a broker?

    $_____.

9. What is the amount of damages Plaintiffs have sustained as a result of All American Freight's breach of a contract of carriage subject to the Carmack Amendment?

    $_____.

2

10. What proportion of liability would you assign to the following entities (your answers should total 100%):

    COEX:

    Hartley:

    AAF:

    Colmar Storage:

To the Foreperson, please sign and date this Verdict Form.

Dated: _____                _____

                                                                JURY FOREPERSON