**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 14-62262-CIV-BLOOM**

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al. v.**
**ALL AMERICAN FREIGHT, INC., et al.**

## JURY QUESTIONS AND/OR NOTES TO THE COURT

**PLEASE NOTE:   DO NOT SHOW YOUR NUMERICAL DIVISION**
**PLEASE RETAIN THIS FORM WITH THE EXHIBITS**

We have a verdict, can we read it
before lunch at 12:30?

**FOREPERSON'S SIGNATURE:** _____

**FOREPERSON'S NAME PRINTED:** _____

**DATE:** 4/15/16   **TIME:** 12:08

**COURT'S ANSWER:** _____

**SIGNED:** _____ **DATE:** _____ **TIME:** _____
            **JUDGE BETH BLOOM**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 14-62262-CIV-BLOOM**

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al. v.**
**ALL AMERICAN FREIGHT, INC., et al.**

## JURY QUESTIONS AND/OR NOTES TO THE COURT

**PLEASE NOTE:   DO NOT SHOW YOUR NUMERICAL DIVISION**
**PLEASE RETAIN THIS FORM WITH THE EXHIBITS**

We want to take a break
no later than 11:10

**FOREPERSON'S SIGNATURE:** _____

**FOREPERSON'S NAME PRINTED:** _____

**DATE:** 04/15/16    **TIME:** 10:55

**COURT'S ANSWER:** _____

**SIGNED:** _____  **DATE:** _____  **TIME:** _____
       **JUDGE BETH BLOOM**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 14-62262-CIV-BLOOM

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al. v.
ALL AMERICAN FREIGHT, INC., et al.**

## JURY QUESTIONS AND/OR NOTES TO THE COURT

**PLEASE NOTE:   DO NOT SHOW YOUR NUMERICAL DIVISION
PLEASE RETAIN THIS FORM WITH THE EXHIBITS**

We would like to continue deliberations tomorrow at 9:00 am

FOREPERSON'S SIGNATURE: _____

FOREPERSON'S NAME PRINTED: _____

DATE: 04/14/16   TIME: 4:39 pm

COURT'S ANSWER: _____

SIGNED: _____   DATE: 4/14/16   TIME: _____

**JUDGE BETH BLOOM**